(135 N. Y. 465). We are unable to understand how this contention can be sustained in the face of the language of the opinion, which, among other cases, cites, with approval, *People ex rel. Consolidated Gas Co.* v. *Myers* (*supra*). The judgment should, accordingly, be affirmed, with costs. Present— O'Brien, Follett and Parker, JJ.

Thomas J. McKee and Others, as Executors, etc., Respondents, v. New York Elevated Railroad Company, Appellant.— Judgment modified, as directed in opinion, with costs to appellant.—

Per Curiam: For the reasons given in the opinion, herewith handed down in the case of *McKee* v. *The N.Y. El. R. R. Co.* (Action No. 1), the judgment herein should be modified by striking out the alternative as to the payment of the money and receiving the release or conveyance, and by directing that an injunction absolute issue, unless, within six months after the entry of the order upon this appeal, the defendant shall have condemned such easements, with costs to appellant. Present — O'Brien, Follett and Parker, JJ.

Louis P. Whiteman, Appellant, v. The Saratoga Kissengen Spring Company, First National Bank of Saratoga, Respondent.— Order affirmed, with ten dollars costs and disbursements.—

Per Curiam: An affirmance of the order under review is required by the decision of this court in *Manufacturer's National Bank* v. *Hall* (60 Hun, 466). The order should, therefore, be affirmed, with ten dollars costs and printing disbursements. Present — O'Brien, Follett and Parker, JJ.

George P. Rowell and Others, Appellants, v. Henry Tuck, Respondent.— Judgment affirmed, with costs. No opinion.

George P. Rowell and Others, Appellants, v. Joseph E. Janvrin, Respondent.— Judgment affirmed, with costs. No opinion.

George P. Rowell and Others, Appellants, v. Gustavus S. Winston, Respondent.— Judgment affirmed, with costs. No opinion.

George P. Rowell and Others, Appellants, v. Edwart W. Lambert, Respondent.— Judgment affirmed, with costs. No opinion.

Joan B. M. Duché and Others, Respondents, v. Theodore Lindberg, Appellant.— Order imposing terms on opening default reversed, with ten dollars costs and disbursements.— Order denying motion to open default reversed, without costs, but with disbursements. No opinion.

Miles M. O'Brien and Another, Receivers, etc., Respondents, v. Joseph F. Blaut and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and case sent back to Special Term for further action. No opinion.

Miles M. O'Brien and Another, Receivers, etc., Respondents, v. Simon Ottenberg and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and case sent back to Special Term for further action. No opinion.

William B. White and Another, Respondents, v. Mignon C. Barnard, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs of motion to abide event. No opinion.

Henry P. Rogers and Others, Respondents, v. Frank I. Maguire, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion.

Robert J. Dean and Others, Appellants, v. Peter C. Collignon and Others, Respondents.— Order reversed, with ten dollars costs and disbursements. No opinion.

In the Matter of William H. Brandt.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Nason Manufacturing Company, Respondent, v. The Pocantico Water Works Company, Appellant.— Judgment affirmed, with costs. No opinion.

In the Matter of Jane Jones.— Decree reversed, and will admitted to probate. No opinion.

Alfred H. Smith and Another, Appellants, v. The American Turquoise Company, Respondent.— Appeal dismissed, with ten dollars costs. No opinion.

David Belasco, Respondent, v. N. K. Fairbank, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion.

David E. Austen, Receiver of Taxes, Respondent, v. George V. Hecker Company, Appellant.— Order reversed, with ten dollars costs and disbursements. No opinion.

Nicholas Quackenbos, Respondent, v. Grace G. Mintin, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Elizabeth S. Baldwin, Appellant, v. Henry M. Goldfogke and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Arrow Steamship Company, Respondent, v. James G. Bennett, Appellant.— Order affirmed, with ten dollars costs and disbursements.

Irving Smith, Respondent, v. Charles A. Seymour, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Michael Bowen, Plaintiff, v. Michael Sweeney, Defendant.— Motion dismissed, with ten dollars costs and disbursements. No opinion.

James Stephens and Another, Appellants, v. The Waddell-Entz Company, Respondent.— Order reversed with ten dollars costs and disbursements, and the attachment reinstated. No opinion.

Cornelius W. H. Elting, Respondent, v. Charles W. Dayton, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Thomas K. Foster, Respondent, v. New York Elevated Railroad Company, Appellant.— Judgment affirmed, with costs. No opinion.

The H. B. Claflin Co., Respondent, v. John Courtney, Sheriff, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Frederick L. Gilbert v. Karnes M. Fitzgerald.— Motion denied.

Isaac K. Kohn v. Frederick H. Kellogg.— Motion granted on payment of ten dollars costs.

In the Matter of the Forty-second Street, Manhattanville, etc., Railroad Company.— The court is of the opinion that this application should not be entertained at the present time, for the reasons stated orally upon the argument.

In the Matter of an Attorney, etc.— This application must be made on notice to the attorney, on whom copies of the papers must be served.

David McClure, as Receiver, etc., Respondent, v. Henry J. Davison, Jr., Appellant. — Order affirmed, with costs. No opinion.

In the Matter of Alexander Bremer.— Reference ordered. Section 132, Code of Criminal Procedure, confers jurisdiction.

Joseph Bernard, Appellant, v. Leah Bernard, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William H. Shecker, Appellant, v. Edward J. Woolsey, Respondent.— Order modified by allowing service of answer, as proposed, and affirmed, as modified, without costs. No opinion.

The Canadian Agricultural Coal and Colonization Company (Limited), Respondent, v. Jo-